THOMAS KASTNER, APPELLEE, V. CITY OF NEBRASKA CITY ET AL., APPELLANTS.

FILED FEBRUARY 14, 1930. No. 27029.

*Thomas E. Dunbar,* for appellants.

*D. W. Livingston, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ., and PAINE, District Judge.

PER CURIAM.

This is an action brought by plaintiff to enjoin the opening of certain streets in the city of Nebraska City which

plaintiff claimed by right of adverse possession. From a decree of the district court for Otoe county in favor of plaintiff, defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.